**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

S<span/>HELDON H<span/>ALL

        P<span/>LAINTIFF,

v.

M<span/>ICHIGAN D<span/>EPARTMENT OF S<span/>TATE PO<span/>LICE,

        D<span/>EFENDANT.
_____/

C<span/>IVIL A<span/>CTION N<span/>O. 04-72722

H<span/>ONORABLE A<span/>RTHUR J. T<span/>ARNOW
U<span/>NITED S<span/>TATES D<span/>ISTRICT J<span/>UDGE

**ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO DISMISS [D/E # 12]**

    Having considered the parties' motions, briefs and positions presented during oral argument on July 25, 2006,

    **IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment and Motion to Dismiss be **GRANTED** and the case be **DISMISSED** for the reasons set forth on the record.

    **IT IS SO ORDERED**.


                s/Arthur J. Tarnow
                Arthur J. Tarnow
                United States District Judge

Dated: July 26, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 26, 2006, by electronic and/or ordinary mail.

                s/Theresa E. Taylor
                Case Manager